**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**ELIZABETH J. STAFFORD, PLAINTIFF** | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    __Elizabeth J. Stafford_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____Nebraska_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

\_\_\_\_\_Iowa_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

\_\_\_\_\_Iowa_____

7. District Court and Division in which venue would be proper absent direct filing:

_____USDC for the Southern District of Iowa _____

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☑ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

1. ☐ G2® Express (G2®X) Vena Cava Filter
2. ☐ Eclipse® Vena Cava Filter
3. ☐ Meridian® Vena Cava Filter
4. ☐ Denali® Vena Cava Filter
5. ☐ Other: _____

11. Date of Implantation as to each product:

   9/19/2005_____

12. Counts in the Master Complaint brought by Plaintiff(s):

   ☑ Count I: Strict Products Liability – Manufacturing Defect
   ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
   ☑ Count III: Strict Products Liability – Design Defect
   ☑ Count IV: Negligence - Design
   ☑ Count V: Negligence - Manufacture
   ☑ Count VI: Negligence – Failure to Recall/Retrofit
   ☑ Count VII: Negligence – Failure to Warn
   ☑ Count VIII: Negligent Misrepresentation
   ☑ Count IX: Negligence *Per Se*
   ☑ Count X: Breach of Express Warranty
   ☑ Count XI: Breach of Implied Warranty
   ☑ Count XII: Fraudulent Misrepresentation
   ☑ Count XIII: Fraudulent Concealment

|   |   |   |   |
|---|---|---|---|
| 1 | | ☑ | Count XIV: Violations of Applicable __Nebraska/Iowa_____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 4 | | ☐ | Count XV: Loss of Consortium |
| 5 | | ☐ | Count XVI: Wrongful Death |
| 6 | | ☐ | Count XVII: Survival |
| 7 | | ☑ | Punitive Damages |
| 8 | | ☑ | Other(s): All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier. |

      _____

      _____

13. Jury Trial demanded for all issues so triable?

    ☑ Yes

    ☐ No

RESPECTFULLY SUBMITTED this 2nd day of May, 2016.

-4-

**On behalf of plaintiff**

By: */s/ John A. Dalimonte*
    John A. Dalimonte (MA Bar No. 554554)
    (admitted *pro hac vice*)
    KARON & DALIMONTE LLP
    85 Devonshire Street, Suite 1000
    Boston, MA 02109
    Email: johndalimonte@kdlaw.net
    Tel: (617) 367-3311
    Tel: (617) 742-9130

I hereby certify that on this 3rd day of May, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/John A. Dalimonte*